No. 88–298. MARKET STREET MISSION v. BUREAU OF ROOM-ING AND BOARDING HOUSE STANDARDS, NEW JERSEY DEPART-MENT OF COMMUNITY AFFAIRS. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 88–219. MANNHEIM BOOKS, INC. v. COUNTY OF COOK, IL-LINOIS. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE MAR-SHALL would note probable jurisdiction and set case for oral argument.

No. 88–258. RAMPP ET AL. v. GLECO ET AL. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–377. FRAYCHINEAUD v. CITY OF NEW ORLEANS. Appeal from Ct. App. La., 4th Cir., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–405. DITMAR v. NEEDHAM HARPER WORLDWIDE, INC., ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.